EDWIN L. WAGE and Others, as Trustees, etc., Respondents, v. CATHERINE G. HILL, Appellant, Impleaded, etc.— Order entered substituting Almira K. Watts and Parmaly G. Hill, as committee of the person and property of Catherine G. Hill, in the place and stead of said Catherine G. Hill as appellant.

In the Matter of the Probate of the Last Will and Testament of ARNOLD GREGORY, Deceased.— Order entered substituting Almira K. Watts and Parmaly G. Hill, as committee of the person and property of Catherine G. Hill, in the place and stead of said Catherine G. Hill, as appellant.

THE FIRST TRUST COMPANY OF TONAWANDA, NEW YORK, Respondent, v. CAROLINA PORTLAND CEMENT COMPANY, Appellant, Impleaded with RAY H. BENNETT LUMBER COMPANY, INC., Defendant.— Order affirmed, with ten dollars costs and disbursements. All concur.

MARTIN T. WILLIAMSON, for Himself and All Others Similarly Situated, Respondent, v. CHARLES SALMON, Appellant.— Judgment affirmed, with costs. All concur.

CLARENCE LORD, Respondent, v. DIRECTOR-GENERAL OF RAILROADS and Another, Appellants.— Judgment and order reversed and new trial granted, with costs to appellants to abide event, unless the plaintiff shall, within twenty days, stipulate to reduce the verdict to the sum of $18,600 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party.  Held, that the verdict is against the weight of the evidence upon the question of' damages and is excessive. All concur, except Davis, J., who dissents and votes for affirmance.

ROBERT C. HAMM, Appellant, v. THE WILL & BAUMER COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements, upon the authority of Ward v. Union Trust Co. (166 App. Div. 762). All concur.

MARY RITTER STEDLER, Appellant, v. JOHN HERMAN WILLIAM ERZKUS and Another, Respondents.— Judgment reversed and new trial granted, with costs to appellant to abide event.  Held, that the plaintiff made out a prima facie case establishing the right to the driveway which the defendants wrongfully threaten to obstruct. All concur.

EMPIRE STATE RAILROAD CORPORATION, Appellant, v. STATE OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur, Kruse, P. J., not sitting.

WEED & COMPANY, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant, Impleaded with PATTERSON & MORAN CO., INC., and Others, Defendants.— Order reversed and motion granted upon condition that appellant pay all accrued costs and disbursements. All concur.

ELIZABETH L. FARLEY, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Order modified so as to provide that the evidence of the proposed witnesses Spaulding, Jacobs and Welch be taken in the city of Buffalo and of O'Hea in the city of Rochester, and as so modified the order is affirmed, without costs of this appeal to either party. All concur.

WILLIAM G. KILHOFFER and Another, as Executors, etc., of MICHAEL